Clement L. Glynn (CA Bar No. 057117)
James M. Hanlon, Jr. (CA Bar No. 214096)
Glynn & Finley, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
cglynn@glynnfinley.com, jhanlon@glynnfinley.com

Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
williams@wtotrial.com, bellamy@wtotrial, neckers@wtotrial

Attorneys for Sears, Roebuck and Co.,
and Whirlpool Corporation

**E-Filed 6/25/2009**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE BRANCH)

| | |
|---|---|
| RENEE TIETSWORTH, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br><br>Defendants. | CASE NO. C09-00288-JF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR PARTIES TO FILE RULE 26(F) REPORT AND RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Jeremy Fogel<br><br>Courtroom:<br>Hearing Date:<br><br>Hearing Time: |

1  Pursuant to Northern District of California Local Rules 6-2 and 7-12, the parties hereby
2  stipulate and agree that the deadline for the parties to file their Rule 26(f) Report is extended
3  until July 3, 2009 and the Case Management Conference, scheduled for June 26, 2009, is hereby
4  rescheduled for July 17, 2009 at 10:30 a.m.

**SO STIPULATED**:

Dated:  June 25, 2009

By: s/ *Joel S. Neckers*_____
Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:  (303) 244-1800
Facsimile:   (303) 244-1879
williams@wtotrial.com, bellamy@wtotrial.com,
neckers@wtotrial.com

Attorneys for Sears, Roebuck and Co.,
and Whirlpool Corporation


By: s/ *Jennie Lee Anderson*_____
Lori E. Andrus
Jennie Lee Anderson
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com, jennie@andrusanderson.com

Attorneys for Plaintiffs and the Proposed Class

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR PARTIES TO FILE RULE 26(F)
REPORT AND RESCHEDULING CASE MANAGEMENT CONFERENCE

1
2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**:
3
4 | Dated:  6/25/2009    _____
5 |                      Hon. Jeremy Fogel
                         United States District Judge
6
7
...
28

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on June 25, 2009, I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR PARTIES TO FILE RULE 26(F) REPORT AND RESCHEDULING CASE MANAGEMENT CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lori E. Andrus
Jennie Lee Anderson
Andrus Liberty & Anderson LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Facsimile: (415) 896-2249
lori@libertylaw.com
jennie@libertylaw.com

Clement L. Glynn
James M. Hanlon, Jr.
Glynn & Finley LLP
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596
Telephone: (925) 210-2810
Facsimile: (925) 945-1975
cglynn@glynnfinley.com
jhanlon@glynnfinley.com

*s/ Christine Keitlen*
Christine Keitlen