Clement L. Glynn (CA Bar No. 057117)
James M. Hanlon, Jr. (CA Bar No. 214096)
Glynn & Finley, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
cglynn@glynnfinley.com, jhanlon@glynnfinley.com

Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
williams@wtotrial.com, bellamy@wtotrial, neckers@wtotrial

Attorneys for Sears, Roebuck and Co.,
and Whirlpool Corporation

**E-Filed 6/26/2009**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE BRANCH)

| | |
|---|---|
| RENEE TIETSWORTH, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br><br>Defendants. | CASE NO. C09-00288-JF<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Jeremy Fogel<br><br>Courtroom:<br>Hearing Date:<br><br>Hearing Time: |

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT

1   Pursuant to Northern District of California Local Rule 6-1, the parties hereby stipulate
2   and agree that the deadline for Defendants Whirlpool Corporation and Sears Roebuck and Co. to
3   respond to Plaintiffs' First Amended Complaint is extended until July 15, 2009.

4   **SO STIPULATED**:

5   Dated:  June 25, 2009

6   By: s/ *Joel S. Neckers*_____
    Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
7   Galen D. Bellamy (CA Bar No. 231792)
    Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
8   Wheeler Trigg O'Donnell LLP
    1801 California Street, Suite 3600
9   Denver, Colorado 80202
    Telephone:  (303) 244-1800
10  Facsimile:   (303) 244-1879
    williams@wtotrial.com, bellamy@wtotrial.com,
11  neckers@wtotrial.com

12  Attorneys for Sears, Roebuck and Co.,
    and Whirlpool Corporation
13

14

15  By: s/ *Jennie Lee Anderson*_____
    Lori E. Andrus
16  Jennie Lee Anderson
    Andrus Anderson LLP
17  155 Montgomery Street, Suite 900
18  San Francisco, CA 94104
    Telephone: (415) 986-1400
19  Facsimile: (415) 986-1474
20  lori@andrusanderson.com, jennie@andrusanderson.com

21  Attorneys for Plaintiffs and the Proposed Class

1
2   **SO ORDERED**:
3   Dated:  6/26/2009
4                                            _____
                                             Hon. Jeremy Fogel
5                                            United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on June 25, 2009, I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lori E. Andrus
Jennie Lee Anderson
Andrus Liberty & Anderson LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Facsimile: (415) 896-2249
lori@libertylaw.com
jennie@libertylaw.com

Clement L. Glynn
James M. Hanlon, Jr.
Glynn & Finley LLP
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596
Telephone: (925) 210-2810
Facsimile: (925) 945-1975
cglynn@glynnfinley.com
jhanlon@glynnfinley.com

*s/ Christine Keitlen*
Christine Keitlen