Clement L. Glynn (CA Bar No. 057117)          **E-Filed 7/30/2009**
James M. Hanlon, Jr. (CA Bar No. 214096)
Glynn & Finley, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Telephone:  (925) 210-2800
Facsimile:  (925) 945-1975
cglynn@glynnfinley.com, jhanlon@glynnfinley.com

Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:  (303) 244-1800
Facsimile:   (303) 244-1879
williams@wtotrial.com, bellamy@wtotrial.com,
neckers@wtotrial.com

Attorneys for Sears, Roebuck and Co.,
and Whirlpool Corporation

Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com, jennie@andrusanderson.com

Attorneys for Plaintiffs and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE BRANCH)

| | |
|---|---|
| RENEE TIETSWORTH, SUZANNE REBRO, and SONDRA SIMPSON, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEARS ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br><br>Defendants. | CASE NO. C09-00288-JF<br><br>JUDGE:   Hon. Jeremy Fogel<br><br>**JOINT NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO STAY DISCOVERY AND STIPULATION AND ~~PROPOSED~~ ORDER REGARDING LIMITED DISCOVERY SCHEDULE** |

1   Pursuant to Northern District of California Local Rule 7-7, Defendants Sears, Roebuck

2   and Co. ("Sears") and Whirlpool Corporation ("Whirlpool") (collectively, "Defendants") and

3   Plaintiffs Renee Tietsworth, Suzanne Rebro, and Sondra Simpson (collectively, "Plaintiffs")

4   hereby notify the Court that Defendants withdraw their motion to stay discovery, which was

5   filed on July 15, 2009, and that the parties have agreed to conduct limited discovery as

6   discussed with the Court at the July 17, 2009, case management conference.  Documents shall

7   be produced consistent with the protocol set forth by the parties in their Joint Case Management

8   Statement filed on July 6, 2009.  Pursuant to Local Rule 7-12 and the Court's oral statements at

9   the case management conference, Plaintiffs and Defendants stipulate that, pending the Court's

10  ruling on Defendants' motions to dismiss the amended complaint and to strike Plaintiffs' class

11  allegations, the parties will engage in limited discovery as follows:

12      1.      Sears will produce to Plaintiffs copies of its relevant customer, merchandise, and

13  service databases for Kenmore Elite® Oasis™ and Oasis HE™ top-loading washing machines

14  (the "Oasis washers") for the period November 1, 2005, through July 17, 2009.

15      2.      Defendants will produce to Plaintiffs copies of the Sears-Whirlpool Product

16  Management Team documents created during the period November 2005 through December

17  2008.

18      3.      Defendants will produce to Plaintiffs copies of David Chowanec's documents

19  that mention Oasis washers and that already have been produced in an unrelated litigation

20  captioned *Munch et al. v. Sears, Roebuck and Co.*, Case No. 1:06-cv-7023 pending in the United

21  States District Court for the Northern District of Illinois.

22      4.      Defendants will produce copies of the letter agreements between Sears and

23  Whirlpool, as well as the Sears service flashes, regarding the Oasis washers quality rework

24  programs that provided for free replacement electronic control boards for owners of certain

25  Oasis washers.

26      5.      Pursuant to Federal Rule of Civil Procedure 30(b)(6), Sears will make David

27  Chowanec available for a deposition in Hoffman Estates, Illinois, at least seven days in advance

28  of September 11, 2009, which is Plaintiffs' last day to oppose Defendants' motion to strike

1

1    Plaintiffs' class allegations.  The subject matters of the Rule 30(b)(6) deposition will be limited

2    to the facts discussed in Mr. Chowanec's July 17, 2009, affidavit in support of Defendants'

3    motion to strike, but Plaintiffs will be permitted to ask Mr. Chowanec, in his individual capacity

4    as a Sears employee, questions regarding additional relevant subject matters that are not

5    explicitly discussed or referenced in Mr. Chowanec's affidavit.

6

7    **SO STIPULATED THIS 29TH DAY OF JULY, 2009**:

8

9    By: s/ Michael T. Williams
     Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
10   Galen D. Bellamy (CA Bar No. 231792)
     Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
11   Wheeler Trigg O'Donnell LLP
     1801 California Street, Suite 3600
12   Denver, Colorado 80202
     Telephone:  (303) 244-1800
13   Facsimile:  (303) 244-1879
     williams@wtotrial.com, bellamy@wtotrial.com,
14   neckers@wtotrial.com

15   Attorneys for Sears, Roebuck and Co.,
     and Whirlpool Corporation

16

17   By: s/ Jennie Lee Anderson
18   Lori E. Andrus
     Jennie Lee Anderson
19   Andrus Anderson LLP
     155 Montgomery Street, Suite 900
20   San Francisco, CA 94104
     Telephone: (415) 986-1400
21   Facsimile: (415) 986-1474
22   lori@andrusanderson.com, jennie@andrusanderson.com
     Attorneys for Plaintiffs and the Proposed Class

23

24

25   **PURSUANT TO STIPULATION, IT SO ORDERED**.

26   Dated:  July 30, 2009

27   Hon. Jeremy Fogel
     United States District Judge

28

2

1

## CERTIFICATE OF SERVICE (CM/ECF)

2

3

     I hereby certify that on July 29, 2009, I electronically filed the foregoing Joint Notice of Withdrawal of Defendants' Motion to Stay Discovery and Stipulation and Proposed Order Regarding Limited Discovery Schedule with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses listed below.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

5

6

Lori E. Andrus
Jennie Lee Anderson
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415)986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com

7

8

9

10

11

12

James E. Miller
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
jmiller@sfmslaw.com

13

14

15

16

17

James C. Shah
Shepherd, Finkelman, Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshaw@sfmslaw.com

18

19

20

21

Karen M. Leser-Grenon
Shepherd, Finkelman, Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
kleser@sfmslaw.com

22

23

24

25

26

Attorneys for Plaintiff and the Class

                                 s/ Michael T. Williams

27

838791v.2

28

JOINT NOTICE AND STIPULATION OF WITHDRAWAL OF DEFENDANTS' MOTION TO STAY