Clement L. Glynn (CA Bar No. 057117)
James M. Hanlon, Jr. (CA Bar No. 214096)
Glynn & Finley, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
cglynn@glynnfinley.com, jhanlon@glynnfinley.com

Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
williams@wtotrial.com, bellamy@wtotrial, neckers@wtotrial

Attorneys for Sears, Roebuck and Co.,
and Whirlpool Corporation

**E-Filed 10/27/2009**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (SAN JOSE BRANCH)

| | |
|---|---|
| RENEE TIETSWORTH, SUZANNE REBRO, and SONDRA SIMPSON, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEARS ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br><br>Defendants. | CASE NO. C09-00288-JF<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Jeremy Fogel<br><br>Courtroom:<br>Hearing Date:<br><br>Hearing Time: |

STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

Pursuant to Northern District of California Local Rules 6-2 and 7-12, the parties hereby stipulate and agree that the Case Management Conference, scheduled for October 30, 2009, should be rescheduled until December 4, 2009 at 10:30 a.m., to allow time for the Second Amended Complaint to be filed and served.

**SO STIPULATED**:

Dated: October 20, 2009

By: s/ *Galen D. Bellamy*_____
Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:  (303) 244-1800
Facsimile:   (303) 244-1879
williams@wtotrial.com, bellamy@wtotrial.com,
neckers@wtotrial.com

Attorneys for Sears, Roebuck and Co.,
and Whirlpool Corporation


By: s/ *Jennie Lee Anderson*_____
Lori E. Andrus
Jennie Lee Anderson
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com, jennie@andrusanderson.com
Attorneys for Plaintiffs and the Proposed Class

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**:
3
4  Dated:  10/22/2009                        _____
5                                             Hon. Jeremy Fogel
                                              United States District Judge

STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 20, 2009, I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Karen M. Leser-Grenon<br>Shepherd, Finkelman, Miller & Shah, LLP<br>401 West A Street, Suite 2350<br>San Diego, CA 92101<br>Telephone: (619) 235-2416<br>Facsimile: (619) 234-7334<br>kleser@sfmslaw.com | James E. Miller<br>Shepherd, Finkelman, Miller & Shah, LLP<br>65 Main Street<br>Chester, CT 06412<br>Telephone: (860) 526-1100<br>Facsimile: (860) 526-1120<br>jmiller@sfmslaw.com |
| Clement L. Glynn<br>James M. Hanlon, Jr.<br>Glynn & Finley LLP<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596<br>Telephone: (925) 210-2810<br>Facsimile: (925) 945-1975<br>cglynn@glynnfinley.com<br>jhanlon@glynnfinley.com | James C. Shah<br>Shepherd, Finkelman, Miller & Shah, LLP<br>35 East State Street<br>Media, PA 19063<br>Telephone: (610) 891-9880<br>Facsimile: (610) 891-9883<br>jshaw@sfmslaw.com |

*s/ Galen D. Bellamy*
Galen D. Bellamy