Clement L. Glynn (CA Bar No. 057117)
James M. Hanlon, Jr. (CA Bar No. 214096)
Glynn & Finley, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
cglynn@glynnfinley.com, jhanlon@glynnfinley.com

Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
williams@wtotrial.com, bellamy@wtotrial, neckers@wtotrial

Attorneys for Sears, Roebuck and Co.,
and Whirlpool Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE BRANCH)

| | |
|---|---|
| RENEE TIETSWORTH, SUZANNE REBRO, and SONDRA SIMPSON, and JOHN ENGELKE, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEARS ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br><br>Defendants. | CASE NO. C09-00288-JF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Jeremy Fogel<br><br>Courtroom:<br>Hearing Date:<br><br>Hearing Time: |

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO
RESPOND TO SECOND AMENDED COMPLAINT

Pursuant to Northern District of California Local Rules 6-2 and 7-12, the parties hereby stipulate and agree that the deadline for Defendants Whirlpool Corporation and Sears Roebuck and Co. to respond to Plaintiffs' Second Amended Complaint is extended two weeks from November 30, 2009, until December 14, 2009.  The stipulated extension will have no effect on the schedule for the case.

**SO STIPULATED**:

Dated:  November 19, 2009

By: s/ *Galen D. Bellamy*
Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:  (303) 244-1800
Facsimile:   (303) 244-1879
williams@wtotrial.com, bellamy@wtotrial.com, neckers@wtotrial.com

Attorneys for Sears, Roebuck and Co.,
and Whirlpool Corporation


By: s/ *Jennie Lee Anderson*
Lori E. Andrus
Jennie Lee Anderson
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com, jennie@andrusanderson.com
Attorneys for Plaintiffs and the Proposed Class

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Dated: CCM13M48

_____
Hon. Jeremy Fogel
United States District Judge

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 19, 2009, I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lori E. Andrus
Jennie Lee Anderson
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400
Facsimile:  (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com

James E. Miller
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
jmiller@sfmslaw.com

James C. Shah
Shepherd, Finkelman, Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshaw@sfmslaw.com

Karen M. Leser-Grenon
Shepherd, Finkelman, Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
kleser@sfmslaw.com

Attorneys for Plaintiff and the Class

                          *s/ Galen D. Bellamy*
                          Galen D. Bellamy