1   Clement L. Glynn (SBN 057117)
    James M. Hanlon, Jr. (SBN 214096)
2   Glynn & Finley, LLP
    100 Pringle Avenue, Suite 500
3   Walnut Creek, California  94596
    Telephone: (925) 210-2800
4   Facsimile: (925) 945-1975
    cglynn@glynnfinley.com, jhanlon@glynnfinley.com
5
    Michael T. Williams (admitted *pro hac vice*)
6   Galen D. Bellamy SBN 231792)
    Joel S. Neckers (admitted *pro hac vice*)
7   Wheeler Trigg O∅Donnell LLP
    1801 California Street, Suite 3600
8   Denver, Colorado 80202
    Telephone: (303) 244-1800
9   Facsimile: (303) 244-1879
    williams@wtotrial.com, bellamy@wtotrial.com,
10  neckers@wtotrial.com

11  *Attorneys for Defendants Sears, Roebuck and Co., and Whirlpool Corporation*

12  Lori E. Andrus (SBN 205816)
    Jennie Lee Anderson (SBN 203586)
13  ANDRUS ANDERSON LLP
    155 Montgomery Street, Suite 900
14  San Francisco, CA 94104
    Telephone: (415) 986-1400
15  Facsimile: (415) 986-1474
    lori@andrusanderson.com, jennie@andrusanderson.com
16
    *Attorneys for Plaintiffs and the Proposed Class*
17

18                          UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA

20                               SAN JOSE DIVISION

21
    RENEE TIETSWORTH, SUZANNE REBRO,
22  SONDRA SIMPSON, JOHN CAREY, and          Civil Case No.: C09-00288-JF
    JOHN ENGELKE On Behalf of Themselves
23  and All Others Similarly Situated,       **STIPULATION AND [PROPOSED]**
                                             **ORDER RE PUBLIC FILING OF**
24                    Plaintiffs,            **PLAINTIFFS' UNREDACTED**
                                             **SECOND AMENDED COMPLAINT**
25           v.

26  SEARS ROEBUCK AND CO., and               Judge:  Hon. Jeremy Fogel
    WHIRLPOOL CORPORATION,
27
                      Defendants.
28

1    WHEREAS, on November 12, 2009, Plaintiffs filed an administrative motion pursuant to

2  Civil L.R. 79-5(c) and 7-11 lodging the Second Amended Complaint (õSACö) with the Court

3  pursuant to the Stipulated Protective Order entered in this case because the SAC contained

4  information from documents the Defendants had marked õConfidentialö,

5    WHEREAS, while Plaintiffs were required to submit a proposed order in support of their

6  administrative motion, Plaintiffs indicated in their motion that they did not believe the redacted

7  information was entitled to protection and that the unredacted SAC should be publicly filed,

8    WHEREAS, on November 19, 2009 Defendants filed Defendantsø Local Rule 79-5(d)

9  Notice of Non-Opposition to Making the Unredacted Second Amended Complaint Part of the

10  Public Record, in which Defendants took the position that Plaintiffsø references to, and

11  characterizations of, the information supposedly contained in confidential documents does not

12  accurately reveal any information deemed confidential by Defendants, and that the unredacted

13  version of the SAC may be released into the public record.

14    WHEREAS, on December 3, 2009, the Court granted the motion to seal and on December

15  4, 2009, the SAC was filed under seal,

16    WHEREAS, the parties are in agreement that the unredacted SAC can be made part of the

17  public record and the Court has indicated it does not object,

18    THE PARTIES HEREBY STIPULATE and move this Court to Order that the unredacted

19  SAC be filed as part of the public record.

20    **IT IS SO STIPULATED.**

21  Dated:  December 10, 2009                    By: s/ *Galen D. Bellamy*

22
                                                Michael T. Williams (admitted *pro hac vice*)
23                                              Galen D. Bellamy (CA Bar No. 231792)
                                                Joel S. Neckers (admitted *pro hac vice*)
24                                              Wheeler Trigg OøDonnell LLP
                                                1801 California Street, Suite 3600
25                                              Denver, Colorado 80202
                                                Telephone: (303) 244-1800
26                                              Facsimile: (303) 244-1879
                                                williams@wtotrial.com, bellamy@wtotrial.com,
27                                              neckers@wtotrial.com
                                                *Attorneys for Defendants*
28

-1-                    STIPULATION AND [PROPOSED] ORDER RE FILING
                       OF PLAINTIFFSø UNREDACTED SAC

1

2

3   Dated: December 10, 2009                      By: /s *Jennie Lee Anderson*

4                                                 Lori E. Andrus (SBN 205816)
                                                  Jennie Lee Anderson (SBN 203586)
5                                                 ANDRUS ANDERSON LLP
                                                  155 Montgomery Street, Suite 900
6                                                 San Francisco, CA 94104
                                                  Telephone: (415) 986-1400
7                                                 Facsimile: (415) 986-1474
                                                  lori@andrusanderson.com,
8                                                 jennie@andrusanderson.com
9                                                 *Attorneys for Plaintiffs and the Proposed Class*

10

11

12          **IT IS SO ORDERED.**

13

14   Dated: ___12/16/09_____

                                                  _____
15                                                Hon. Jeremy Fogel
                                                  United States District Judge.
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE FILING
                                                  OF PLAINTIFFS' UNREDACTED SAC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: December 10, 2009                          */s/ Jennie Lee Anderson*
                                                   Jennie Lee Anderson

                                                   ANDRUS ANDERSON LLP
                                                   155 Montgomery Street, Suite 900
                                                   San Francisco, CA  94104
                                                   Telephone:     (415) 986-1400
                                                   Facsimile:     (415) 986-1474
                                                   Jennie@andrusanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2009, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 10, 2009                          */s/ Jennie Lee Anderson*
                                                   Jennie Lee Anderson

                                                   Jennie Lee Anderson (SBN 203586)
                                                   155 Montgomery Street, Suite 900
                                                   San Francisco, CA 94104
                                                   Telephone: (415) 896-1400
                                                   Facsimile: (415) 896-1474
                                                   jennie@andrusanderson.com

- 3 -                STIPULATION AND [PROPOSED] ORDER RE FILING
                     OF PLAINTIFFSø UNREDACTED SAC