Jennie Lee Anderson (CA Bar No. 203586)
Lori E. Andrus (CA Bar No. 205816)
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel: (415) 986-1400; Fax: (415) 986-1474
jennie@andrusanderson.com, lori@andrusanderson.com
*Attorneys for Plaintiffs and the Proposed Class*
 [Additional counsel listed on signature page]

Clement L. Glynn (CA Bar No. 057117)
James M. Hanlon, Jr. (CA Bar No. 214096)
Glynn & Finley, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Tel: (925) 210-2800; Fax:   (925) 945-1975
cglynn@glynnfinley.com, jhanlon@glynnfinley.com

Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel: (303) 244-1800; Fax:  (303) 244-1879
williams@wtotrial.com, bellamy@wtotrial.com,
neckers@wtotria.com
*Attorneys for Sears, Roebuck and Co. ,and Whirlpool Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA--SAN JOSE DIVISION

| | |
|---|---|
| RENEE TIETSWORTH, SUZANNE REBRO, SONDRA SIMPSON, and JOHN CAREY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br><br>Defendants. | CASE NO. C09-00288-JF<br><br>**STIPULATION AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER REVISING CASE MANAGEMENT SCHEDULE**<br><br>Judge:      Hon. Jeremy Fogel<br><br>Date:<br>Time:<br>Courtroom: |

**Stipulation and Proposed Order Revising Case Management Schedule**

Pursuant to Civil L.R. 6-2 and 7-12, the parties hereby stipulate and agree that the Case Management Schedule adopted by the Court on November 10, 2011 (Docket # 103), should be revised in the manner described below to allow time for the parties to complete discovery in advance of Plaintiffs' anticipated motion for class certification, and in support thereof, state as follows:

1. During the November 5, 2010 Case Management Conference and in the November 10, 2011 Order regarding same, the Court adopted portions of the parties' proposed case management schedules. Under the current Case Management Schedule:

   a. The parties are to identify experts, and provide Rule 26(a)(2) reports, on the issues relevant to class certification on which they bear the burden of proof, on March 11, 2011.

   b. The parties are to identify rebuttal experts or rebuttal opinions and provide or supplement any Rule 26(a)(2) reports on April 11, 2011.

   c. Plaintiffs are to file their motion for class certification on June 10, 2011.

   d. Defendants are to file their opposition to Plaintiffs' motion for class certification on July 15, 2011.

   e. Plaintiffs are to file their reply to their motion for class certification on August 19, 2011.

   f. The hearing on Plaintiffs' motion for class certification is set for September 9, 2011.

2. Defendants have been reviewing a substantial volume of documents since August 2010, and have produced more than 144,000 pages of documents on a rolling basis. Defendants anticipate completing the document production in early March. The parties have not proceeded with fact depositions pending completion of Defendant's document production. Additional time is therefore needed to complete the document production and to take the necessary fact depositions before the parties can disclose their experts.

3. Counsel for both parties met and conferred and have stipulated and agreed that the Case Management Schedule should be revised as follows:

1
**Stipulation and Proposed Order Revising Case Management Schedule**

    a. The parties are to identify experts, and provide Rule 26(a)(2) reports, on the issues relevant to class certification on which they bear the burden of proof, on May 16, 2011.

    b. The parties are to identify rebuttal experts or rebuttal opinions and provide or supplement any Rule 26(a)(2) reports on June 13, 2011.

    c. The parties are to identify sur-rebuttal experts or sur-rebuttal opinions and provide or supplement any Rule 26(a)(2) reports on July 6, 2011.

    d. The parties are to complete expert depositions on July 29, 2011.

    e. Plaintiffs are to file their motion for class certification on August 17, 2011.

    f. Defendants are to file their opposition to Plaintiffs' motion for class certification on September 16, 2011.

    g. Plaintiffs are to file their reply to their motion for class certification on October 14, 2011.

    h. Subject to the Court's calendar, the hearing on Plaintiffs' motion for class certification should be November 4, 2011.

**SO STIPULATED:**

Dated: March 2, 2011

| | |
|---|---|
| */s/ Galen D. Bellamy*<br>Michael T. Williams<br>Galen D. Bellamy<br>Joel S. Neckers<br>Wheeler Trigg O'Donnell LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202<br>Telephone: (303) 244-1800<br>Facsimile: (303) 244-1879<br><br>*Attorney for Defendants Sears, Roebuck and Co. and Whirlpool Corporation* | */s/ Lori E. Andrus*<br>Jennie Lee Anderson<br>Lori E. Andrus<br>Andrus Anderson LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone: (415) 986-1400<br>Facsimile: (415) 986-1474<br><br>*Attorneys for Plaintiffs* |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2
    Dated: __3/14/11__                  _____
3                                       Hon. Jeremy Fogel
                                        United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
**Stipulation and Proposed Order Revising Case Management Schedule**

**ECF CERTIFICATION**

Pursuant to General Order No. 45 § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

*/s/ Galen Bellamy*

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2011, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Galen Bellamy

1316134v.2