Jennie Lee Anderson (CA Bar No. 203586)
Lori E. Andrus (CA Bar No. 205816)
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel: (415) 986-1400; Fax: (415) 986-1474
jennie@andrusanderson.com, lori@andrusanderson.com
*Attorneys for Plaintiffs and the Proposed Class*
 [Additional counsel listed on signature page]

Clement L. Glynn (CA Bar No. 057117)
James M. Hanlon, Jr. (CA Bar No. 214096)
Glynn & Finley, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Tel: (925) 210-2800; Fax:   (925) 945-1975
cglynn@glynnfinley.com, jhanlon@glynnfinley.com

Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel: (303) 244-1800; Fax:  (303) 244-1879
williams@wtotrial.com, bellamy@wtotrial.com,
neckers@wtotrial.com
*Attorneys for Sears, Roebuck and Co. ,and Whirlpool Corporation*

**E-Filed 9/16/2011**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA--SAN JOSE DIVISION

| | |
|---|---|
| RENEE TIETSWORTH, SUZANNE REBRO, SONDRA SIMPSON, and JOHN CAREY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br><br>Defendants. | CASE NO. C09-00288-JF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REVISING CASE MANAGEMENT SCHEDULE**<br><br>Judge:       Hon. Jeremy Fogel |

**Stipulation and Proposed Order Revising Case Management Schedule**

Pursuant to Civil L.R. 6-2 and 7-12, the parties hereby stipulate and agree that the Case Management Schedule adopted by the Court on August 10, 2011 (Docket # 122), should be revised in the manner described below to allow time for the parties to complete discovery and resolve any related discovery disputes in advance of Plaintiffs' anticipated motion for class certification, and in support thereof, state as follows:

1. Under the current Case Management Schedule:

   a. The parties are to complete expert depositions on September 23, 2011.

   b. Plaintiffs are to file their motion for class certification on October 11, 2011.

   c. Defendants are to file their opposition to Plaintiffs' motion for class certification on November 8, 2011.

   d. Plaintiffs are to file reply to their motion for class certification on December 2, 2011.

   e. Subject to the Court's calendar, the hearing on Plaintiffs' motion for class certification should be December 16, 2011.

2. Defendants anticipate completing the outstanding document production with respect to all document requests that were served prior to August 30, 2011, by September 23, 2011. The parties have exchanged expert reports, but have not completed expert depositions. Additional time is needed to respond to additional discovery requests, to resolve certain discovery disputes, to complete the inspection of Class Representative Renee Tietsworth's washing machine, and to take the necessary expert depositions before the parties can brief class certification.

3. Counsel for both parties met and conferred and have stipulated and agreed that the Case Management Schedule should be revised as follows:

   a. The parties are to complete expert depositions on December 2, 2012.

   b. Plaintiffs are to file their motion for class certification on December 16, 2012.

   c. Defendants are to file their opposition to Plaintiffs' motion for class certification on January 27, 2012.

1
**Stipulation and Proposed Order Revising Case Management Schedule**

      d. Plaintiffs are to file their reply to their motion for class certification on February 24, 2012.

      e. Subject to the Court's availability, the hearing on Plaintiffs' motion for class certification should be held in mid-March, 2012.

**SO STIPULATED:**

Dated: September 16, 2011

/s/ Ed Kilpela_____
Michael T. Williams
Galen D. Bellamy
Edwin Kilpela, Jr.
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, CO 80202
Telephone:  (303) 244-1800
Facsimile:  (303) 244-1879

*Attorneys for Defendants Sears, Roebuck and Co. and Whirlpool Corporation*

/s/  Lori E. Andrus_____
Jennie Lee Anderson
Lori E. Andrus
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474

Natalie Finkelman
James C. Shah
Shepherd Finkelman Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883

Lesley E. Weaver (SBN 191305)
Shepherd Finkelman Miller & Shah, LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 992-7282
Facsimile: (415) 489-7701

*Attorneys for Plaintiffs and the Proposed Class*

2
**Stipulation and Proposed Order Revising Case Management Schedule**

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2

3  Dated: 9/16/2011                                    _____
                                                       Hon. Jeremy M. Fogel
4                                                      United States District Judge

**ECF CERTIFICATION**

Pursuant to General Order No. 45 § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

*/s/ Lori E. Andrus*

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Lori E. Andrus*