1  Lori E. Andrus (SBN 205816)
2  Jennie Lee Anderson (SBN 203586)
   Jessica Moy (SBN 272941)
3  **ANDRUS ANDERSON LLP**
   155 Montgomery St, Suite 900
4  San Francisco, CA  94104
   Telephone: (415) 986-1400
5  Facsimile:  (415) 986-1474
   lori@andrusanderson.com
6  jennie@andrusanderson.com
   jessica@andrusanderson.com
7
8  [Additional counsel identified on signature page]

9  *Attorneys for Plaintiffs and the Proposed Class*

10
                UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN JOSE DIVISION
13

14  RENEE TIETSWORTH, SUZANNE          CASE NO. C09-00288-JF
    REBRO, SONDRA SIMPSON, and JOHN
15  CAREY, On Behalf of Themselves and All   **PLAINTIFFS' NOTICE OF MOTION AND**
    Others Similarly Situated,          **MOTION TO EXCLUDE CERTAIN**
16                                      **TESTIMONY AND OPINIONS OF**
                                        **DEFENDANTS' EXPERT NOSHIRWAN**
17              Plaintiffs,             **K. MEDORA; MEMORANDUM OF**
                                        **POINTS AND AUTHORITIES IN**
18         vs.                          **SUPPORT OF MOTION TO EXCLUDE**
                                        **CERTAIN TESTIMONY AND OPINIONS**
19  SEARS, ROEBUCK AND CO., and         **OF DEFENDANTS' EXPERT**
    WHIRLPOOL CORPORATION,              **NOSHIRWAN K. MEDORA**
20
              Defendants.
21
                                        Judge:       Hon. Jeremy Fogel
22                                      Date:        March 16, 2012
                                        Time:        9:00 a.m.
23                                      Courtroom:   3, 5th Floor

24

25

26

27              **CONDITIONALLY FILED UNDER SEAL**

28

# DOCUMENT FILED

# UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatory to the document.

Dated: December 16, 2011

_/s/ Lori Andrus_____
Lori Andrus

Lori E. Andrus (SBN 205816)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I electronically filed the foregoing document and exhibits thereto with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 16, 2011                    _ /s/ Lori Andrus_____
                                             Lori Andrus

                                             Lori E. Andrus (SBN 205816)
                                             **ANDRUS ANDERSON LLP**
                                             155 Montgomery Street, Suite 900
                                             San Francisco, CA  94104
                                             Telephone:  (415) 986-1400
                                             Facsimile:  (415) 986-1474
                                             lori@andrusanderson.com