Jennie Lee Anderson (CA Bar No. 203586)
Lori E. Andrus (CA Bar No. 205816)
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, California 94104
Tel: (415) 986-1400; Fax: (415) 986-1474
jennie@andrusanderson.com; lori@andrusanderson.com
*Attorneys for Plaintiffs and the Proposed Class*
 [Additional counsel listed on signature page]

Clement L. Glynn (CA Bar No. 057117)
James M. Hanlon, Jr. (CA Bar No. 214096)
Glynn & Finley, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Tel: (925) 210-2800; Fax:   (925) 945-1975
cglynn@glynnfinley.com; jhanlon@glynnfinley.com

Michael T. Williams (CO Bar No. 33172; admitted *pro hac vice*)
Galen D. Bellamy (CA Bar No. 231792)
Joel S. Neckers (CO Bar No. 40886; admitted *pro hac vice*)
Edwin J. Kilpela, Jr. (CO Bar No. 42927; admitted *pro hac vice*)
Theresa R. Wardon, (CO Bar No. 41510; admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel: (303) 244-1800; Fax:  (303) 244-1879
williams@wtotrial.com; bellamy@wtotrial.com; neckers@wtotrial.com,
kilpela@wtotrial.com; wardon@wtotrial.com
*Attorneys for Defendants, Sears, Roebuck and Co. and Whirlpool Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION**

| | |
|---|---|
| RENEE TIETSWORTH, SUZANNE REBRO, SONDRA SIMPSON, and JOHN CAREY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br><br>Defendants. | CASE NO. C09-00288-JF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REVISING CASE MANAGEMENT SCHEDULE**<br><br>Judge:     Hon. Jeremy Fogel |

**Stipulation and Proposed Order Revising Case Management Schedule**

Pursuant to Civil L.R. 6-2 and 7-12, the parties hereby stipulate and agree that the Case Management Schedule adopted by the Court on September 16, 2011 (Docket # 125), should be revised in the manner described below to provide a schedule for briefing of all motions filed in connection with Plaintiffs' motion for class certification and for motions that may be filed in connection with Defendants' opposition thereto, and in support thereof, state as follows:

1. The following deadlines currently apply to (or have been proposed for) the parties' pending motions:

   a. Defendants are to file oppositions to Plaintiffs' Motions for Class Certification, to Exclude, and Administrative Motion on January 27, 2012.

   b. Plaintiffs are to file their reply motions in support of their Motions for Class Certification, to Exclude, and Administrative Motion on February 24, 2012.

   c. Defendants are to file any motions to exclude testimony and/or opinions of Plaintiffs' experts on January 27, 2012.

   d. Plaintiffs are to file oppositions to Defendants' motions to exclude testimony and/or opinions of Plaintiffs' experts on February 24, 2012.

   e. Defendants are to file replies in support of their motions to exclude testimony and/or opinions of Plaintiffs' experts on March 9, 2012.

2. This Court has not ruled on the Stipulation and Proposed Order submitted on December 20, 2011, but has set the hearing on the motions at issue for March 19, 2012.

3. Counsel for both parties met and conferred and have stipulated and agreed that the Case Management Schedule should be revised as follows:

   a. Defendants are to file their oppositions to Plaintiffs' Motions for Class Certification, to Exclude, and Administrative Motion on February 1, 2012.

   b. Plaintiffs are to file their reply motions in support of their Motions for Class Certification, to Exclude, and Administrative Motion on February 29, 2012.

   c. Defendants are to file any motions to exclude testimony and/or opinions of Plaintiffs' experts on February 1, 2012.

   d. Plaintiffs are to file oppositions to Defendants' motions to exclude testimony and/or opinions of Plaintiffs' experts on February 29, 2012.

   e. Defendants are to file replies in support of their motions to exclude testimony and/or opinions of Plaintiffs' experts on March 9, 2012.

f. The hearing on all motions will remain on March 19, 2012, as previously set by this Court.

4. In addition, the parties have stipulated that Defendants will have three (3) additional pages (for a total of 28) for their Opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' will have five (5) additional pages (for a total of 20) for their Reply In Support of Plaintiffs' Motion for Class Certification.

5. Pending resolution of Plaintiffs' Administrative Motion pursuant to the schedule above, the materials filed under seal in this matter will remain under seal.

**SO STIPULATED:**

Dated: January 26, 2012

/s/ Galen Bellamy
Michael T. Williams
Galen D. Bellamy
Joel S. Neckers
Edwin Kilpela, Jr.
Theresa R. Wardon
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

*Attorneys for Defendants,
Sears, Roebuck and Co.
and Whirlpool Corporation*

/s/ Lori E. Andrus
Jennie Lee Anderson
Lori E. Andrus
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474

Natalie Finkelman
James C. Shah
Shepherd Finkelman Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883

Lesley E. Weaver (SBN 191305)
Shepherd Finkelman Miller & Shah, LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 992-7282
Facsimile: (415) 489-7701

*Attorneys for Plaintiffs
and the Proposed Class*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2

3  Dated: __HEFHE9EFG__                              _____
                                                    Hon. Jeremy M. Fogel
4                                                   United States District Judge

3
**Stipulation and Proposed Order Revising Case Management Schedule**

**ECF CERTIFICATION**

Pursuant to General Order No. 45 § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

                                                  */s/ Galen Bellamy*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2012, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Galen D. Bellamy