*E-FILED: December 17, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENEE TIETSWORTH, SUZANNE REBRO, SONDRA SIMPSON, and JOHN CAREY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO. and WHIRLPOOL CORPORATION,<br><br>Defendants. | No. C09-00288 JF HRL<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT #1**<br><br>[Re: Docket No. 123] |

This court will conduct an in camera review of the documents at issue in the parties' Discovery Dispute Joint Report #1. **No later than January 4, 2013**, defendants shall lodge copies of the disputed documents with the undersigned's chambers, clearly indicating the privilege log tab to which each document relates.

SO ORDERED.

Dated: December 17, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-00288-JF Notice has been electronically mailed to:

Clement L. Glynn    cglynn@glynnfinley.com, dmenor@glynnfinley.com, llentz@glynnfinley.com, lvallone@glynnfinley.com

Edwin John Kilpela , Jr    kilpela@wtotrial.com

Galen Driscoll Bellamy    bellamy@wtotrial.com

James C Shah    jshah@sfmslaw.com, pleadings@sfmslaw.com, smoss@sfmslaw.com

James M. Hanlon , Jr    jhanlon@glynnfinley.com, lvallone@glynnfinley.com

Jennie Lee Anderson    jennie@andrusanderson.com, jessica@andrusanderson.com, kelli.good@andrusanderson.com

Jessica Moy    jessica@andrusanderson.com, kelli.good@andrusanderson.com

Joel Steven Neckers    neckers@wtotrial.com, prechodko@wtotrial.com

Karen M. Leser-Grenon    kleser@sfmslaw.com

Lori Erin Andrus    lori@andrusanderson.com, jessicamoy@andrusanderson.com, kelli.good@andrusanderson.com

Michael Timothy Williams    williams@wtotrial.com, bliahu@wtotrial.com, griego@wtotrial.com, miller@wtotrial.com, snow@wtotrial.com

Rosemary Farrales Luzon    rluzon@sfmslaw.com, pleadings@sfmslaw.com

Theresa R Wardon    wardon@wtotrial.com