Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
Jessica Moy (SBN 272941)
**ANDRUS ANDERSON LLP**
155 Montgomery St, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400
Facsimile:  (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com
jessica@andrusanderson.com

*[Additional counsel identified on signature page]*

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENEE TIETSWORTH, SUZANNE REBRO, SONDRA SIMPSON, and JOHN CAREY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br><br>Defendants. | CASE NO. C09-00288-JF<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Judge:     Hon. Jeremy Fogel<br>Courtroom:   3-5th Floor |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 7-3(d), Plaintiffs Renee Tietsworth, Suzanne Rebro, Sondra Simpson, and John Carey ("Plaintiffs") respectfully submit this Statement of Recent Decision in support of Plaintiffs' Motion for Class Certification.  Plaintiffs bring to this Court's attention the issuance of a decision on November 13, 2012 by the United States Court of Appeals for the Seventh Circuit in *Butler v. Sears, Roebuck and Co.,* Nos. 11-8029, 12-8030, 2012 WL 5476831 (6th Cir. Nov. 13, 2012).  A true and correct copy of the opinion is attached hereto as <u>Exhibit A</u>.

Dated:  April 4, 2013                                    Respectfully submitted,

By:   */s/ Lori E. Andrus*

Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
Jessica Moy (SBN 272941)
**ANDRUS ANDERSON LLP**
155 Montgomery St., Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1440
Facsimile:  (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com
jessica@andrusanderson.com

Natalie Finkelman
James C. Shah
**SHEPHERD FINKELMAN MILLER & SHAH, LLP**
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile:  (610) 891-9883
nfinkelman@sfmslaw.com
jshah@sfmslaw.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

1

1

## <u>CERTIFICATE OF SERVICE</u>

2

3           I hereby certify that on April 4, 2013, I electronically filed the foregoing document

and exhibits thereto with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice

5

List.

6           I certify under penalty of perjury under the laws of the United States of America that

7

the foregoing is true and correct.

8

Dated: April 4, 2013                              _/s/ Lori E. Andrus_____

9                                                  Lori E. Andrus

10

Lori E. Andrus (SBN 205816)

11                                                 **ANDRUS ANDERSON LLP**

155 Montgomery Street, Suite 900

12                                                 San Francisco, CA 94104

Telephone: (415) 986-1400

13                                                 Facsimile: (415) 986-1474

lori@andrusanderson.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2